05-250

-1-

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: COMPLAINT and ARREST WARRANT FOR JADE NEWHART, a/k/a BLANCHI DUGATKIN, a/k/a BLANCHI BETTINA COMITO, and BILL BAULDING, a/k/a WILLIAM DUGATKIN | : : : : : : : | Case Number: 05-318 (UNDER SEAL) UNSEALED |

FILED
JUN 21 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## GOVERNMENT'S MOTION TO UNSEAL

The United States, by and through undersigned counsel appearing pursuant to Local Civil Rule 83.2(e) and Local Criminal Rule 44.5(e), respectfully moves this Court to unseal the Complaint, Application for Arrest Warrant, Affidavit in Support of Arrest Warrant and Complaint, Motion to Seal, and the sealing Order. In support of this motion, the United States represents the following:

The defendants have been located and arrested, and are now in the custody of the United States Marshall's Office in the District of Nevada pending a hearing scheduled for June 21, 2005, on the government's Motion to Detain Defendants Prior To Trial. Accordingly, disclosure of these filings will no longer hinder the arrest of the defendants.

WHEREFORE, it is respectfully requested that this motion be granted, and that this Court sign the attached Order unsealing the Complaint, Application for Arrest Warrant, Affidavit in Support of Arrest Warrant and Complaint, Motion to Seal, and the sealing Order.

Respectfully submitted,

NOEL L. HILLMAN
Chief, Public Integrity Section

-2-

By: *Nancy L. Simmons* (signature)
NANCY L. SIMMONS
JOHN P. PEARSON
Trial Attorneys
Public Integrity Section
Criminal Division
U.S. Department of Justice
1400 New York Avenue, NW
Washington, DC 20005
(202) 514-1412