EVE HC

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
GRAND JURY 2005-01

UNITED STATES OF AMERICA

v.

**0 5 - 2 5 0**

CRIMINAL NO.  _____

BLANCHI DUGATKIN, a/k/a/
JADE NEWHART, a/k/a/
BLANCHI BETTINA COMITO, and
WILLIAM DUGATKIN, a/k/a
BILL BAULDING

18 U.S.C. § 1343
18 U.S.C. § 1349
18 U.S.C. § 2

INDICTMENT

The Grand Jury charges:

JUN 29 2005

BATES, J.JDB

COUNTS ONE AND TWO (Wire Fraud)

Background

1.     At all relevant times:

(a)     BLANCHI DUGATKIN, a/k/a JADE NEWHART, a/k/a BLANCHI BETTINA COMITO, and WILLIAM DUGATKIN, a/k/a BILL BAULDING, were the directors of Never Stop Dreaming, Inc. ("Never Stop Dreaming"), a Virginia corporation.

(b)     Defendants BLANCHI DUGATKIN and WILLIAM DUGATKIN resided at the Washington Suites Hotel in Alexandria, Virginia, and used the hotel's address, 100 South Reynolds Street, Alexandria, Virginia, 22304, as the business address for Never Stop Dreaming.

(c)     The National Museum for Women in the Arts ("the Museum") was an art museum located in Washington, D.C.  The Museum's Special Events office was responsible for booking and renting space at the Museum for events not associated with the Museum's exhibits.

(d)     Mise-en-Place was an event planning service located in Springfield,

Virginia.

      (e)     Gephardt for President, Inc. ("Gephardt for President") was the principal campaign committee of the 2004 presidential campaign of former Congressman Richard A. Gephardt, and it was responsible for authorizing and overseeing all fundraising activities for the 2004 Gephardt presidential campaign ("Gephardt campaign").

      2.     From in or about June 2003 until in or about August 2003, defendants BLANCHI DUGATKIN, using the alias "Jade Newhart," and WILLIAM DUGATKIN, using the alias "Bill Baulding," contacted officials from the Museum's Special Events office and falsely represented that they were personal friends of then-Congressman Gephardt and his family and were working with and authorized by Gephardt for President to conduct a campaign fundraiser and solicit funds for the Gephardt campaign.

      3.     Defendants BLANCHI DUGATKIN and WILLIAM DUGATKIN made similar representations during this time period to officials with Mise-en-Place.

      4.     On July 10, 2003, defendant BLANCHI DUGATKIN, using the alias "Jade Newhart," signed a contract on behalf of Never Stop Dreaming to rent the Museum for a purported Gephardt campaign fundraiser to be held on September 23, 2003.

      5.     At no time did candidate Gephardt, or any official with Gephardt for President, authorize the defendants or Never Stop Dreaming to hold a fundraiser or otherwise raise funds on Congressman Gephardt's behalf for the Gephardt campaign.

The Scheme

      6.     From in or about June 2003 to in or about August 2003, in the District of Columbia and elsewhere, defendants BLANCHI DUGATKIN and WILLIAM DUGATKIN,

2

aided and abetted by each other, devised and intended to devise a scheme and artifice to defraud Gephardt for President and potential donors to the Gephardt campaign and to obtain their money and property by means of materially false and fraudulent pretenses, representations, and promises.

### Objects of the Scheme

7.    The object of the scheme and artifice was to deceive the Museum and Mise-en-Place as to defendant BLANCHI DUGATKIN and WILLIAM DUGATKIN's connection with and fundraising authority from the Gephardt campaign and to obtain money and property from potential Gephardt campaign donors by making materially false representations and claims that the defendants BLANCHI DUGATKIN, under the alias "Jade Newhart," and WILLIAM DUGATKIN, under the alias "Bill Baulding," and their corporation, Never Stop Dreaming, were authorized to solicit and collect campaign contributions for former Congressman Gephardt, Gephardt for President, and the Gephardt campaign.

### Use of Wire Transmission in Execution of the Scheme

8.    On or about the dates set forth below, in the District of Columbia and elsewhere, defendants BLANCHI DUGATKIN and WILLIAM DUGATKIN, aided and abetted by each other, for the purpose of executing and attempting to execute the scheme and artifice to defraud, transmitted and caused to be transmitted by means of wire communications in interstate commerce, certain signs, signals, and sounds, specifically, an electronic mail transmission that traveled through American Online servers in Dulles, Virginia, to a Museum official in Washington, District of Columbia, to wit:

3

| Count | Date | Description of Email |
|-------|------|---------------------|
| ONE | June 6, 2003 | Email from NEVRSTOPDREAMING@AOL.com<br>Subject:  POLITICAL FUNDRAISER<br>Sent by "Jade Newhart, Esq." |
| TWO | June 20, 2003 | Email from NEVRSTOPDREAMING@AOL.com<br>Subject:  GEPHARDT FUNDRAISER  9-23-03<br>Sent by "Bill Baulding" |

All in violation of Title 18, United States Code, Sections 1343, 1349, and 2.

A True Bill.

_____

Foreperson

NOEL L. HILLMAN
Chief, Public Integrity Section


_____

JOHN P. PEARSON


_____

NANCY L. SIMMONS
Trial Attorneys
Public Integrity Section
Criminal Division
U.S. Department of Justice
1400 New York Avenue, NW
Washington, DC 20009

4