**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
DISTRICT OF NEVADA
LLOYD D. GEORGE FEDERAL COURTHOUSE
333 LAS VEGAS BOULEVARD SOUTH
LAS VEGAS, NEVADA 89101
(702) 464-5400

LANCE S. WILSON
CLERK OF COURT

CYNTHIA J. JENSEN
CHIEF DEPUTY, LAS VEGAS

LINDA LEA SHARER
CHIEF DEPUTY, RENO

July 1, 2005

Nancy Mayer-Whittington, District Clerk
1834 E. Barrett Prettyman
  United States Courthouse
333 Constitution Avenue., N.W.
Washington, DC 20001

**FILED**

JUL - 6 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Reference:   Your Case #: Criminal No. 05-250
             Our Mag #:  MJ-S-05-0503-RJJ

Dear Clerk:

  Enclosed please find certification of the last few documents to complete the file in this case as of, July 1, 2005, in the above reference case.

  Original Bond is enclosed

  Please acknowledge receipt of the above documents by signing the enclosed copy of letter and returning it to this court.

                              LANCE S. WILSON
                              Clerk, U. S. District Court

                              *[signature]*
                              Alana Kamaka
                              Deputy Clerk

Enclosures

Received: _____

By: _____
    Deputy Clerk

DC30
(Rev. 1/82) ⊕

## CERTIFIED COPY

United States of America  }  ss:
DISTRICT OF

I, Lance S. Wilson, Clerk of the United States District Court for the District of Nevada, do hereby certify that the annexed and foregoing is a true and full copy of the original

File – MJ-S-05-0503-RJJ

now remaining among the records of the said Court in my office.

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the seal of the aforesaid Court at Las Vegas, Nevada this 1st day of July, A.D. 19xx 2005

Lance S. Wilson

By _____

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
vs. ) Criminal No. 05-250
)
JADE NEWHART, ) MJ-S-05-0503-RJJ
a/k/a Blanchi Dugatkin and )
Blanchi Bettina Comito, ) Date: JULY 1, 2005
Defendant(s). )

PRESENT:  THE HONORABLE LAWRENCE R. LEAVITT, United States Magistrate Judge

DEPUTY CLERK: A. KAMAKA          RECORDER/TAPE #  NONE
COUNSEL FOR PLAINTIFF:   NONE APPEARING
COUNSEL FOR DEFENDANT:   NONE APPEARING

MINUTE ORDER IN CHAMBERS:

   The Grand Jury returned an Indictment in the United States District Court for the District of Columbia in this matter on June 29, 2005.

   The new United States District Court for the District of Columbia's case number is Criminal No. 05-250. The case has been assigned to the Honorable Judge John D. Bates.

   IT IS THEREFORE ORDERED that the preliminary hearing scheduled for 3:30 p.m., Wednesday, July 6, 2005, before Magistrate Judge Lawrence R. Leavitt, in the United States District Court for the District of Nevada, is hereby vacated.

   IT IS FURTHER ORDERED that the U.S. Marshal shall proceed as previously ordered by Magistrate Judge Lawrence R. Leavitt, at the June 21, 2005, hearing and remove the defendant to the District of Columbia.

LANCE S. WILSON, Clerk
United States District Court

*Anna Kamaka*
Deputy Clerk

cc:   U. S. Magistrate Judge
      U. S. Attorney
      U. S. Marshal
      Defense Counsel: Peter S. Christiansen, Appointed;
            Kevin Tate, AFPD (Counsel for Co-Defendant William Dugatkin)
      Pretrial Services

mo-vact.ph
rev. 4/96

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA

v.

JADE NEWHART; a/k/a Blanchi Dugatkin and
and Blanchi Bettina Comito;
TN: BLANCHI BETTINA DUGATKIN
  *Defendant*

**ORDER OF DETENTION PENDING TRIAL**

Case Number: MJ-S-05-0503-RJJ

In accordance with the Bail Reform Act, 18 U.S.C. §3142(f), a detention hearing has been held. I conclude that the following facts require the detention of the defendant pending trial in this case.

## Part I - Findings of Fact

___ (1) The defendant is charged with an offense described in 18 U.S.C. § 3142(f)(1) and has been convicted of a (federal offense)(state or local offense that would have been a federal offense if a circumstance giving rise to federal jurisdiction had existed) that is

  ___ a crime of violence as defined in 18 U.S.C.§3156(a)(4).
  ___ an offense for which the maximum sentence is life imprisonment or death.
  ___ an offense for which a maximum term of imprisonment of ten years or more is prescribed in _____
  ___ a felony that was committed after the defendant had been convicted of two or more prior federal offenses described in 18 U.S.C.§3142(f)(1)(A)-(C), or comparable state or local offenses.

___ (2) The offense described in finding (1) was committed while the defendant was on release pending trial for a federal, state or local offense.
___ (3) A period of not more than five years has elapsed since the (date of conviction)(release of the defendant from imprisonment) for the offense described in finding (1)
___ (4) Finding Nos. (1), (2) and (3) establish a rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of (an) other person(s) and the community. I further find that the defendant has not rebutted this presumption.

### Alternative Findings(A)

___ (1) There is probable cause to believe that the defendant has committed an offense
  ___ for which a maximum term of imprisonment of ten years is described in _____
  ___ under 18 U.S.C. §924(c).
___ (2) The defendant has not rebutted the presumption established by finding 1 that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

### Alternative Findings (B)

_X_ (1) There is a serious risk that the defendant will not appear.
___ (2) There is a serious risk that the defendant will endanger the safety of another person or the community.

The defendant is charged with crimes of fraud and misrepresentation. She has a significant criminal history dating back to 1991 when she was convicted of Grand Larceny, a Felony. As a result of the Felony conviction, she was placed on Probation for 25 years and ordered to pay $16,000 in restitution. According to report, shortly after being placed on probation, she absconded from supervision and made no effort to contact the Probation Office or surrender on the Warrant that was issued which remains outstanding. She was also convicted in 1993 of check fraud.

In addition, the defendant represented to this Court today that she enrolled in a six-year law school program which the Court does not believe to be credible. If she mislead her husband about her status in law school, she is capable of misleading the Court as well.

The defendant has used a number of alias names. There are Outstanding Warrants for her arrest. She does not have any significant ties to this community. She indicates that she is in protective custody status, but the Government informs the Court that neither the FBI or CIA knows anything about it. Therefore, it probably is not the case.

The defendant has not been candid with the Court. By absconding from Probation years ago demonstrates her willingness not to comply with conditions of supervision.

Therefore, the Court finds she poses a significant risk of nonappearance warranting her detention.

## Part II - Written Statement of Reasons for Detention

I find that the credible testimony and information submitted at the hearing established by a preponderance of the evidence that the defendant is not a risk of flight and no condition or combination of conditions will reasonably assure her appearance as required.

## Part III - Directions Regarding Detention

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Dated: June 30, 2005

*Signature of Judicial Officer*

Lawrence R. Leavitt, United States Magistrate Judge
*Name and Title of Judicial Officer*

*Insert as applicable: (a) Controlled Substances Act (21 U.S.C. § 801 *et seq.*); (b) Controlled Substances Import and Export Act (21 U.S.C. § 951 *et seq.*); or (c) Section 1 of Act of Sept. 15, 1980 (21 U.S.C. § 955 a).

Det-ord2.wpd

| APPEARANCE BOND | UNITED STATES DISTRICT COURT | MAGISTRATE/COURT NUMBER MJ/CR-S-05-0507-MJI | DATE BOND ISSUED 6-21-05 |
|---|---|---|---|
| COGNIZANT U.S. JUDICIAL DISTRICT **NEVADA** | | LOCATION OF DISTRICT (City and State) **LAS VEGAS** | |
| NAME OF ISSUING MAGISTRATE/JUDGE (Show title) **LAWRENCE R. LEAVITT, U.S. Magistrate Judge** | | LOCATION OF ISSUING OFFICIAL (If different than above) **Same** | |
| NAME OF DEFENDANT William Dagatkin | | ADDRESS OF DEFENDANT | |
| NAME OF SURETY | | ADDRESS OF SURETY | |
| AMOUNT OF BOND $ | DEPOSIT RECEIPTED FOR $ | ☑ RELEASE ON OWN RECOGNIZANCE | TIME/DATE OF APPEARANCE **AS ORDERED** | COURTROOM **AS ORDERED** |

We, the undersigned, jointly and severally, have read and understand the conditions of this bond and acknowledge that we and our personal representatives are bound to pay to the United States of America the full amount of bond shown above unless otherwise duly exonerated.

SIGNATURE OF SURETY (If applicable) *

SIGNATURE OF DEFENDANT

Signed and acknowledged before me on the date shown above. ➔

SIGNATURE OF MAGISTRATE/JUDGE/DEPUTY CLERK

RECEIVED
ENTERED                SERVED ON
                       COUNSEL/PARTIES OF RECORD

JUN 2 1 2005

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

**CONDITIONS**

The conditions of this bond are that the above defendant is to appear at the date, time, and location indicated before

☐ The cognizant United States Magistrate

☐ The assigned Judge of the cognizant District

☐ The cognizant United States District Court

And at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in the above referenced case as may be given or issued by the Magistrate or by the cognizant United States District Court or any other United States District Court to which the defendant may be removed or the cause transferred: That the defendant is not to depart the cognizant District, or the jurisdiction of any other United States District Court to which the defendant may be removed or the case transferred after he has appeared in such other District pursuant to the terms of this bond, except in accordance with such orders or warrants as may be issued by the Magistrate or the cognizant United States District Court or the United States District Court for such other District; that the defendant is to abide any judgment entered in such matter by surrendering himself to serve any sentence imposed and obeying any order or direction in connection such such judgment as the Court imposing it may prescribe.

If the defendant appears as ordered and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment to the amount of this bond shall be due forthwith. Forfeiture of the bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and by other laws of the United States.

It is agreed and understood that this is a continuing bond including any proceeding on appeal or review which shall continue in full force and effect until such time as the signers are duly exonerated.

*SEE, ALSO, ORDER SPECIFYING METHODS AND CONDITIONS OF RELEASE ATTACHED HERETO AND MADE A PART HEREOF.*

BOND APPROVED. DEFENDANT ORDERED RELEASED.
Date: 6-21-05

U.S. ~~DISTRICT JUDGE~~/MAGISTRATE **JUDGE**

*Signature of surety acknowledged before me this _____ day of _____, 20 ____.

Deputy Clerk

BOND EXONERATED. SURETY RELEASED.

U.S. DISTRICT JUDGE/MAGISTRATE

Form MA-1    White: Clerk of Court • Yellow: Defendant • Blue: U.S. Attorney • Pink: U.S. Marshal • Green: Pretrial Services Office

AO 199A (Rev. 6/97) Order Setting Conditions of Release                                                  Page 1 of _____ Pages

# United States District Court

_____ DISTRICT OF __NEVADA__ _____

UNITED STATES OF AMERICA

V.

**ORDER SETTING CONDITIONS
OF RELEASE**

__William Onyatkin__                              Case Number: _MJ-5-15-0503-RJJ_
Defendant

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2) The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing before any change in address and telephone number.

(3) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall appear at (if blank, to be notified)_____
                                                                                                                Place
__AS ORDERED_____ on _____AS ORDERED_____
                                                    Date and Time

**Release on Personal Recognizance or Unsecured Bond**

IT IS FURTHER ORDERED that the defendant be released provided that:

(✓) (4) The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

( ) (5) The defendant executes an unsecured bond binding the defendant to pay the United States the sum of

_____ dollars ($_____)
in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

AO199B (Rev. 5/99) Additional Conditions of Release                                                              Page _____ of _____ Pages

NAME: William Dusafkin                     **Additional Conditions of Release**     MJ/CR-S- 05-0503-RJJ

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community.
IT IS FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

( ) (6) The defendant is placed in the custody of:
   (Name of person or organization) _____
   (Address) _____
   (City and state) _____ (Tel. No.) _____
who agrees (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

Signed: _____
                Custodian or Proxy                   Date

(✓) (7) The defendant shall:
  (✓)(a) report to the **Pretrial Services**, ( ) Probation (702-388-6731)
         telephone number **(702) 464-5630**, not later than _____.
  ( )(b) execute a bond or an agreement to forfeit upon failing to appear as required the following sum of money or designated property:
         _____
  ( )(c) post with the court the following indicia of ownership of the above-described property, or the following amount or percentage of the above-described _____.
  ( )(d) execute a bail bond with solvent sureties in the amount of $_____.
  ( )(e) maintain or actively seek employment. **Notify Pretrial Services prior to any change.**
  ( )(f) maintain or commence an education program.
  ( )(g) surrender any passport to: **( ) Pretrial Services** _____
  ( )(h) obtain no passport.                                                   ( ) **Use true name, only.**
  (✓)(i) abide by the following restrictions on personal association, place of abode, or travel: ( ) **Continental United States.**
         ( )Clark County/( )State of Nevada and (✓) Las Vegas, NV         ( )**for Court purposes, only.**
                                                        of what travel to District of Columbia.
  ( )(j) avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential in my in.
         witness in the subject investigation or prosecution, including but not limited to:_____
  ( )(k) undergo medical or psychiatric treatment and/or remain in an institution as follows: _____
  ( )(l) return to custody each (week)day as of _____ o'clock after being released each (week)day as of _____
         o'clock for employment, schooling, or the following limited purpose(s): in Las Vegas and District of Columbia.
  (✓)(m) maintain residence at a halfway house or community corrections center, as deemed necessary by the pretrial
         services office or supervising officer. Lockdown status until hearing can be scheduled in District of Columbia.
  ( )(n) refrain from possessing a firearm, destructive device, or other dangerous weapons.
  ( )(o) refrain from ( ) any ( ) excessive use of alcohol. ( )**Not be in presence of anyone using/possessing same.**
  ( )(p) refrain from use or unlawful possession of a narcotic drug or other controlled substance defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner. ( )**Not be in presence of anyone using/possessing same.**

( )Initial ( )(q) submit to any method of testing required by pretrial services office or the supervising officer for determining whether the
u/a, if +         defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the
                  wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.
( )Initial ( )(r) participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the pretrial
u/a, if +         services office or supervising officer.
          ( )(s) refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibit substance testing or electronic monitoring which is (are) required as a condition(s) of release.
          ( )(t) participate in one of the following home confinement program components and abide by all the requirements of the program which
                 ( ) will or ( ) will not include electronic monitoring or other location verification system. You shall pay all or part of the cost of the
                 program based upon your ability to pay as determined by the pretrial services office or supervising officer. ]  [ ] (y)
                 ( )(i) **Curfew.** You are restricted to your residence every day ( ) from _____ to _____, or ( ) as directed by the pretrial services office or supervising officer; or
                 ( )(ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the pretrial services office or supervising officer; or
                 ( )(iii) **Home Incarceration.** You are restricted to your residence at all times except for medical needs or treatment, religious services, and court appearances pre-approved by the pretrial services office or supervising officer.
          ( )(u) report as soon as possible, to the pretrial services office or supervising officer any contact with any law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.
          ( )(v) **Maintain Residence:** ( )Current ( )At
                 **Notify Pretrial Services prior to any change.**
          ( )(w) **Subject to search of person, residence and/or vehicle as directed by the supervising officer to ensure compliance with these conditions.**
          ( )(x)
                 ( )**Same Conditions as previously imposed.**   ( )**Resolved all outstanding Warrants within _____ days**

(margin note: and arrangements can be made in halfway house in District of Columbia.)

WHITE COPY—COURT     YELLOW—DEFENDANT     GREEN—PRETRIAL SERVICES     BLUE—U.S. ATTORNEY     PINK—U.S. MARSHAL

AO 199C (Rev. 8/94) Advice of Penalties...                                             Page _____ of _____ Pages

## Advice of Penalties and Sanctions

TO THE DEFENDANT: William Dugatkin

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of any crime while on pre-trial release may result in an additional sentence to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to five years of imprisonment, and a $250,000 fine or both to intimidate or attempt to intimidate a witness, victim, juror, informant or officer of the court, or to obstruct a criminal investigation. It is also a crime punishable by up to ten years of imprisonment, a $250,000 fine or both, to tamper with a witness, victim or informant, or to retaliate against a witness, victim or informant, or to threaten or attempt to do so.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
  (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;
  (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;
  (3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;
  (4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgement of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Signature of Defendant

2901 S. INDUSTRIAL
_____
Address

LAS VEGAS NV  89119      953-1162
_____
City and State              Telephone

## Directions to United States Marshal

( ) The defendant is ORDERED released after processing.
( ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date: _____6-21-05_____        _____Leavitt_____
                                    Signature of Judicial Officer
                                    **LAWRENCE R. LEAVITT**
                                    **UNITED STATED MAGISTRATE JUDGE**
                                    Name and Title of Judicial Officer

WHITE COPY - COURT     YELLOW - DEFENDANT     BLUE - U.S. ATTORNEY     PINK - U.S. MARSHAL     GREEN - PRETRIAL SERVICES