UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA            :

v.                                  :          CR. NO. 05-250-02 (JDB)

WILLIAM DUGATKIN                    :

DEFENDANT'S REQUEST FOR NOTICE OF GOVERNMENT'S
INTENTION TO USE RULE 404(B) EVIDENCE AT TRIAL

    The defendant, through undersigned counsel, pursuant to Rules 104(a), 403, and 404(b) of the Federal Rules of Evidence, respectfully moves this honorable court to order the government to provide notice of its intention to use at trial (either in its case-in-chief or in its rebuttal case) any evidence which the government contends is admissible under FRE 404(b). In support of his request, the defendant states the following:

    1. The defendant stands indicted along with his wife in an indictment charging them with a two counts of wire fraud in violation of 18 U.S.C. §1343. Specifically, the defendants are charged with falsely representing that they were authorized by the Gephardt for President Campaign to organize and stage a fund raiser on behalf of that organization. At present, there is no scheduled trial date in this matter.

    2. Give that much of the documentary discovery furnished in connection with the case has nothing to do with the fund raising event and appears to involve "bad checks" that were written by the defendants on various bank accounts, it would not be surprising if the government would attempt to introduce at trial evidence of other alleged fraudulent activities that it contends were

committed by the defendants.

    3. The defendant is requesting that this court order the government to provide advance notice of evidence of "similar acts" or other illegal acts that it intends to introduce at trial pursuant to FRE 404(b). Such disclosure is particularly important in this case since, to counsel's knowledge, the defendant did not profit from the alleged fraud nor is there clear evidence that he intended to obtain funds that were intended to aid the Gephardt campaign.

    4. The introduction of "similar acts" evidence may be extremely prejudicial to the defendant. Due process imposes an obligation on the government to formally disclose its intention to use such evidence and the nature of the evidence. Only then can the defense be in a position to effectively investigate and rebut the proffered evidence. Moreover, under Rule 104(a) of the Federal Rules of Criminal Procedure, preliminary questions regarding admissibility of evidence shall be determined by the court. If the court is aware that the government will seek to introduce Rule 404(b) evidence, the admissibility issue can be litigated prior to trial, thus expediting the trial while allowing careful scrutiny by the court.

    5. Additionally, disclosure will allow the defense a fair opportunity to meet the similar act evidence on the merits and prevent prejudicial surprise. See <u>Baum v. United States,</u> 482 F.2d1325 (2nd Cir. 1973). Further, the parties may be able to stipulate to the facts in issue, thus rendering the introduction of similar acts evidence unnecessary, and, once again, expediting the trial. See <u>United States v. DeVaugh</u>, 601 F.2d 42, 46 (2nd Cir. 1979).

    6. Equally important, prompt disclosure of such information will permit the defense to efficiently and economically use its resources and, potentially, eliminate the unnecessary expenditure of time and money in connection with the defense of this matter.

WHEREFORE, for the foregoing reasons, the defendant respectfully requests that this honorable court grant his request and require the government to promptly disclose its intention to use other crimes evidence.

Respectfully submitted,

_____
Edward C. Sussman No. 174623
Suite 900 - South Building
601 Pennsylvania Avenue N.W.
Washington, D.C. 20004
(202) 737-7110

CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of August, 2005, a copy of the foregoing was served electronically on all parties of record.

_____
Edward C. Sussman

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA       :

       v.                            :   CR. NO. 05-250-02   (JDB)

WILLIAM DUGATKIN               :

O R D E R

The court has before it the request of the defendant that the government be required to disclose its intention to introduce "other crimes evidence" pursuant to FRE 404(b). The court finds that the defendant has advanced good cause for this request. It is, therefore, this _____ day of _____, 2005,

ORDERED, that the motion be, and hereby is, GRANTED.

_____
JOHN D. BATES
UNITED STATES DISTRICT JUDGE

cc: Edward C. Sussman, Esq.

   John Pearson, Esq.
   Nancy Simmons, Esq.