Un-SEALED

AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

DISTRICT OF __COLUMBIA__

UNITED STATES OF AMERICA

V.

**Bill Baulding, a/k/a William Dugatkin**

CR: 05-250-02

## WARRANT FOR ARREST

CASE NUMBER: 05-318M-02

To: The United States Marshal
and any Authorized United States Officer

FILED
AUG 0 8 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

YOU ARE HEREBY COMMANDED to arrest **Bill Baulding, a/k/a William Dugatkin**
Name(s)

and bring him forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Wire fraud, fraudulent misrepresentation for purpose of soliciting contributions, and conspiracy to fraudulently misrepresent authority to solicit contributions

in violation of Title **18** United States Code, Section **1343** and **Title 2**, United States Code, Section **441h(b)(1) and 441h(b)(2)**.

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE

Name of Issuing Officer

*John M. Facciola* (signature)
Signature of Issuing officer

Title of Issuing Officer

06/03/05    District of Columbia
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED 06-05-2005 | NAME AND TITLE OF ~~ARRESTING~~ Reporting OFFICER Martin, William DUSM | SIGNATURE OF ~~ARRESTING~~ Reporting OFFICER |
|---|---|---|
| DATE OF ARREST 08-08-2005 | | |

Arrested in Las Vegas, NV on 6-21-05.