UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | :    CR. NO. 05-250-01 (JDB) |
| WILLIAM DUGATKIN | : |

DEFENDANT'S MOTION TO BE EXCUSED FROM PERSONAL
APPEARANCE AT UPCOMING STATUS HEARING

The defendant, through undersigned counsel, pursuant to the Federal Rules of Criminal Procedure, respectfully requests that this honorable court, permit the defendant to participate by telephone, rather than appear in person, at the status hearing in this matter presently scheduled for September 14, 2005. In support of his request, the defendant states the following:

1. The defendant stands indicted along with his wife, Blanchi Dugatkin, on charges that they planned an election fund raising event without receiving proper authorization from the candidate. A status hearing is scheduled to be held on September 14, 2005.

2. The defendant was released under a curfew and reporting arrangement to reside with his mother in Ft. Lauderdale, FL. He is presently being supervised by the Pretrial Services Agency affiliated with the federal court in that city. There is no indication that the defendant has not complied with his requirements.[1]

3. While the defendant understands that it is his obligation to appear and will, of course,

---

[1] Counsel was unable to reach Mr. Ferguson (954 769-5500), the Pretrial Services Officer who supervises the defendant prior to filing this motion. Hopefully, updated information can be provided after the Labor Day holiday.

if ordered, counsel believes there would be little utility in such appearance. Frankly, it is counsel's understanding that the co-defendant has requested that a new lawyer be appointed for her. While counsel neither knows the basis of the request or whether the court will grant it, should the court be inclined to appoint new counsel, some delay in the case would obviously ensue.[2] Clearly, nothing substantive would likely occur until a new lawyer was in place.

5. At any rate, the communication difficulties between Mrs. Dugatkin and her present lawyer have had an impact on the progress of the entire matter. Given that the defendants are husband and wife, a greater degree of coordination and communication between the parties is a prerequisite to a resolution of this matter. Any problem between the co-defendant and her lawyer is a problem for all.

6. While counsel could be wrong, and frequently is, it seems more than likely that the status hearing could become principally a scheduling conference. The defendant's financial assets are extremely limited and air travel and hotel costs would drain them significantly. The defendant clearly recognizes that it was he who requested to reside in Florida during the pendency of this matter. He will, obviously, abide by his obligations. He merely requests that if the matter is to be brief - and procedural- that he be allowed to participate by telephone.

7. The interests of justice require that this motion be granted.

WHEREFORE, for the foregoing reasons, the defendant respectfully requests that this honorable court grant him the relief that he requests.

---

[2] The Speedy Trial Act has already been tolled by the filing of a motion by the defendant.

Respectfully submitted,

_____
EDWARD C. SUSSMAN, NO. 174623
Suite 900 - South Building
601 Pennsylvania Avenue N.W.
Washington, D.C. 20004
(202) 737-7110

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a copy of the foregoing motion was served electronically this 2nd day of September, 2005, on John Pearson, Esq., Nancy Simmons, Esq., and David Bos, Esq.

_____
Edward C. Sussman

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA        :

    v.                              :        CR. NO. 05-250-02 (JDB)

WILLIAM DUGATKIN                :

<u>ORDER</u>

_____The court has before it the request of the defendant that the requirement of his personal appearance at a status hearing scheduled for September 14, 2005 be waived, and that he be permitted to participate by telephone. The court finds good cause for the granting of this request. It is, therefore, this _____ day of _____, 2005,

    ORDERED, that the motion be, and hereby is, granted.

    FURTHER ORDERED, that the defendant be available at the telephone at his residence at 8:45 a.m. on September 14, 2005, and await the call of the court.

                                                         _____
                                                          JOHN D. BATES
                                                          UNITED STATES DISTRICT JUDGE

cc:    John Pearson, Esq.
        Nancy P. Simmons, Esq.
        U.S. Justice Department
        Washington, D.C. 20530

        Edward C. Sussman, Esq.
        Suite 900 - South Building
        601 Pennsylvania Avenue N.W.
        Washington, D.C. 20004