UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

    v.                                                CRIMINAL NO.    05-250 (JDB)

BLANCHI DUGATKIN, a/k/a
JADE NEWHART, a/k/a
BLANCHI BETTINA COMITO, and
WILLIAM DUGATKIN, a/k/a
WILLIAM BAULDING

RESPONSE TO DEFENDANT WILLIAM DUGATKIN'S REQUEST FOR NOTICE OF
GOVERNMENT'S INTENTION TO USE RULE 404(B) EVIDENCE AT TRIAL

      The United States of America, appearing by and through undersigned counsel, respectfully submits this reply to defendant William Dugatkin's Request for Notice of Government's Intention to Use Rule 404(b) Evidence at Trial. By way of this reply, the government notes its intent to introduce evidence against both defendant William Dugatkin and his co-defendant, Blanchi Dugatkin, under Federal Rule of Evidence 404(b).

      1. The grand jury indicted defendant William Dugatkin and his wife Blanchi Dugatkin on June 29, 2005. They stand charged with two counts of wire fraud and attempted wire fraud, under 18 U.S.C. § 1343 and 18 U.S.C. § 1349.

      2. The charges relate to the defendants' scheme to plan and execute a bogus campaign fundraiser in the name of 2004 presidential candidate Richard A. Gephardt. The defendants carried out this scheme using "Never Stop Dreaming, Inc.," a Virginia corporation founded and directed by the defendants.

      3. Defendant William Dugatkin now asks this court to require the government to disclose

its intent to introduce evidence of "other crimes, wrongs, or acts" under Rule 404(b) of the Federal Rules of Evidence.  Before such evidence may be admitted, Rule 404(b) requires the government to provide "reasonable notice in advance of trial, or during trial if the court excuses pretrial notice on good cause shown, of the general nature of any such evidence it intends to introduce at trial."  See generally United States v. Watson, 409 F.3d 458, 465 (D.C. Cir. 2005).

    4.  The government does intend to introduce evidence of other crimes, wrongs, and bad acts committed by the defendants.  This evidence consists of documents demonstrating multiple bank frauds carried out by the defendants at approximately the same time period they engaged in their bogus fundraising scheme.  Using multiple banks in different states, the defendants wrote checks far in excess of their account balances.  For example, on January 28, 2004, a $100,000 check was drawn on the JP Morgan Chase account of "Blanchi Bettina Cosio," a known alias of defendant Blanchi Dugatkin, and it was made out to "Never Stop Dreaming, Inc."—the corporation used in the defendants' fundraising scheme.  On February 4, 2004, the defendants deposited the check into the corporation's Chevy Chase Bank account, which they controlled.  The JP Morgan Chase account, however, had been closed for ten months.

    5.  The evidence of these other crimes includes returned checks, account statements, bank correspondence, signature cards, and writings of the defendants.  Copies of these items were provided to defense counsel at the initial status conference on August 9, 2005.

    Therefore, for the above reasons, the government respectfully requests this court accept this reply to defendant William Dugatkin's Request for Notice and its provision of advance notice of intent to introduce evidence under Rule 404(b).

Respectfully,


NOEL L. HILLMAN
Chief, Public Integrity Section


_____
JOHN P. PEARSON
NANCY L. SIMMONS
Trial Attorneys
Public Integrity Section
Criminal Division
U.S. Department of Justice
1400 New York Avenue NW
Washington, DC 20009

CERTIFICATE OF SERVICE

    I hereby certify that on September _____, 2005, a copy of the foregoing was served on all parties of record by first class mail.

                                                               _____

                                                               John P. Pearson