CO-526
(12/86)

**FILED**

NOV 2 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
vs. )        Criminal Case No.   05-250-2
)
WILLIAM DUGATKIN )

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the

Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for defendant

I consent:

_____
Assistant United States Attorney
Trial

Approved:

_____          Date: ___11-22-05___
Judge John D. Bates