UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
NOV 2 2 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA            )
                                    )
v.                                  )   CRIMINAL NO. 05-250
                                    )
BLANCHI DUGATKIN, a/k/a/            )
JADE NEWHART, a/k/a/                )
BLANCHI BETTINA COMITO, and         )
WILLIAM DUGATKIN, a/k/a             )
BILL BAULDING                       )
                                    )
_____)

## ADDENDUM

1. The defendants admit that their conduct violated 2 U.S.C. § 441h(b) of the Federal Election Campaign Act (FECA) as set forth in the accompanying Plea Agreement and Factual Basis for Plea.

2. The defendants acknowledge that the Federal Election Commission (FEC) has civil jurisdiction over the violations of the FECA that are the subject matter of these proceedings, and further acknowledge that the FEC has the authority to seek civil remedies against them for these violations pursuant to 2 U.S.C. § 437g(a)(5).

3. The defendants understand that, pursuant to 2 U.S.C. § 437g(a)(5)(B), the civil penalty for a knowing and willful violation of the FECA is $11,000.

4. The defendants further understand that, in light of the financial circumstances of the defendants, the FEC is seeking no civil penalty in this matter.

5.   The defendants agree to cease and desist from misrepresenting that they are acting for or on behalf of any federal candidate.

| FOR THE DEFENDANT: | FOR THE UNITED STATES: |
|---|---|
| *(signature)* | |
| BLANCHI DUGATKIN<br>Defendant | NOEL L. HILLMAN<br>Chief<br>Public Integrity Section |
| Date: NOD 22-2005 | |
| *(signature)* | By: *(signature)* |
| JOANNE R. HEPWORTH<br>601 Pennsylvania Avenue, NW<br>Suite 900, South Building<br>Washington, DC 20004<br>(202) 789-0037<br>Counsel for Defendant<br>  Blanchi Dugatkin | JOHN P. PEARSON<br>Date: 11/22/05 |
| | *(signature)* |
| | NANCY L. SIMMONS<br>Trial Attorneys<br>Public Integrity Section<br>United States Department of Justice<br>1400 New York Avenue, NW<br>Washington, DC 20005<br>(202) 514-1412 |
| Date: 11-22-05 | |
| *(signature)* | |
| WILLIAM DUGATKIN<br>Defendant | Date: 11/22/05 |
| Date: 11/22/05 | |
| *(signature)* | |
| EDWARD C. SUSSMAN<br>601 Pennsylvania Avenue, NW<br>Suite 900, South Building<br>Washington, DC 20004<br>(202) 365-5723<br>Counsel for Defendant<br>  William Dugatkin | |
| Date: 11-22-05 | |

2