Clerk, U.S. District Court
For the District of Columbia
333 Constitution Avenue, N.W.
Room 1225
Washington, D.C. 20001

August 21, 2006

**FILED**

OCT 0 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Clerk, U.S. District Court
For the Southern District of Florida
Federal Courthouse Square
301 North Miami Avenue
Miami, Florida 33128-7788

In re: U.S.A. v. Blanchi Dugatkin
and William Dugatkin
Our Case No: 05-250

Dear Clerk,

Pursuant to Title 18 U.S.C. 3605, I am forwarding herewith certified copies of the Transfer of Jurisdiction Order, Superseding Information, Judgment and Commitment Order and docket sheet.

Please acknowledge receipt of these documents on the enclosed copy of this letter.

Very Truly Yours,

NANCY MAYER-WHITTINGTON, CLERK

By: _____
Tiffany Reed, Deputy Clerk

Enclosures

Received 10/3/06 & forwarded to U.S. Clerk WPB.
Christine Bardon
Cmt Unit / WPB
(561) 804-6840