9 August 2007

05-cr-250-JDB-02

The Honorable John D. Bates
United States District Court Judge
U.S. District Court for the District of Columbia
E. Barrett Prettyman Courthouse
333 Constitution Avenue NW
Washington, D.C. 20001

Re: MJ-S-05-0503-RJJ

**FILED**

AUG 0 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dear Judge Bates:

It is with the utmost humility and respect for the law that I petition the Court to expunge the record of the adjudication against me.

I don't wish to take a great deal of Your Honor's time, so I would simply remind you:

(a) I led an exemplary life prior to this incident.
(b) at sentencing, when given the opportunity to speak, I said simply the error was procedural; there was never any intent to defraud anyone. Your Honor was kind enough to agree, on the record.
(c) I successfully completed all provisions of the Court's dispositional terms within the first several months of my probation, which concluded this past February without incident.
(d) I have been gainfully employed at a custom publishing house since 13 April 2006 and teach part time at a local broadcast school.

I would greatly appreciate putting this entire matter behind me, including the career opportunties lost every time a potential employer does a background check.

I thank you for your time and consideration.

Respectfully,

William Neil Dugatkin

CC: Judge, US Attys